# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                          NO. 2019 KW 0899

VERSUS

SHAWN DRAKE                                 **SEP 17 2019**

---

In Re:    Shawn Drake, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 09-02-0168.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED.**

                          **VGW**
                          **JMG**
                          **WJC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT